

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-12,444-13

### IN RE RONNIE RAY BROOKS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2005-CR-7426 IN THE 290TH DISTRICT COURT
### FROM BEXAR COUNTY

JOHNSON, J., filed a concurring statement.

## C O N C U R R I N G   S T A T E M E N T

Relator asserts that he is being subjected to double jeopardy because of his conviction for a violation of a civil commitment order after serving an eighteen-year sentence for aggravated rape that was assessed in 1977. Seeking relief, he has filed an application for a writ of mandamus. Such a claim must be raised in an application for habeas corpus. I join the judgment of the Court denying leave to file.

Filed: February 25, 2015
Do not publish